# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Perez, | No. CV-19-03612-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Advantage Credit Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 44), filed on March 6, 2020,

**IT IS ORDERED** approving the Stipulation (Doc. 44) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 6th day of March, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge